The district court made individualized findings that appellant was involved in the planning and execution of the overall conspiracy to defraud the cruise line. Those findings are supported by the record. We therefore do not disturb appellant's sentences.

Appellant's convictions and sentences are **AFFIRMED.**

PER CURIAM:

Miguel Caridad, appointed counsel for Jose Reyes–Reyes, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reyes–Reyes's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose REYES–REYES, Defendant–Appellant.**

No. 07–14069
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 17, 2008.

Miguel Caridad, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

**Ronnie JONES, Plaintiff–Appellant,**

v.

**NASSAU COUNTY CORRECTIONAL OFFICERS, J. Stout, Correctional Officer, OFC. Orr, Correctional Officer, W. Wilson, Correctional Officer, OFC. Lee, Correctional Officer, Defendants–Appellees.**

No. 07–14765
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 17, 2008.

Ronnie Jones, Crestview, FL, for Plaintiff–Appellant.

John W. Jolly, Jr., Jolly & Peterson, P.A., Tallahassee, FL, for Defendants–Appellees.